FILE COPY

*I, CATHY S. LUSK, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Christopher Joel Davey, Plaintiff in the trial court secured an extension of seven (7) days in which to file Appellant's Brief in the following numbered and entitled cause:

**Christopher Joel Davey**

**No. 12-13-00002-CV**          ***vs.***

**Margarett Jordan Royalties, Inc., et al**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 5 day of May 2015, A.D.

Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk